# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYLER BAKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**PLAINTIFF**<br><br>V.<br><br>**ANGEION GROUP, LLC, EPIQ SYSTEMS, INC. AND JND LEGAL ADMINISTRATION**<br><br>**DEFENDANTS.** | Case No. 2:25-cv-02079 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Marc H. Edelson, Esquire, Edelson Lechtzin, LLP as attorney for Plaintiff Tyler Baker in connection with the above-captioned matter:

Dated: April 24, 2025  /s/ *Marc H. Edelson*
Marc H. Edelson (PA51834)
411 S. State Street, Suite N300
Newtown, PA 18940
(215) 867-2399 (tel)
(267) 685-0676 (fax)
medelson@edelson-law.com

*Attorney for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, I caused the foregoing **Entry of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ *Marc H. Edelson*
      Marc H. Edelson