# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGEION GROUP LLC, EPIQ SYSTEMS, INC., and JND LEGAL ADMINISTRATION,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-02079-KBH |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, a member of this Court in good standing, hereby enters an appearance as counsel for Defendant JND Legal Administration in the above-captioned action and requests that copies of all papers in this action be served upon me at the address set forth below.

Dated: May 13, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Sozi Pedro Tulante*
　　　　　　　　　　　　　　　　　　　　Sozi Pedro Tulante
　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　2929 Arch Street
　　　　　　　　　　　　　　　　　　　　Cira Centre
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19104
　　　　　　　　　　　　　　　　　　　　Phone: (215) 994-4000
　　　　　　　　　　　　　　　　　　　　sozi.tulante@dechert.com

　　　　　　　　　　　　　　　　　　　　*Attorney for JND Legal Administration*

**CERTIFICATE OF SERVICE**

I, Sozi Pedro Tulante, hereby certify that, on May 13, 2025, I caused the foregoing Notice of Appearance to be filed via the Court's Case Management/Electronic Case Files (CM/ECF) system, and that the following participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system:

> Marc H. Edelson
> Eric Lechtzin
> EDELSON LECHTZIN LLP
> 411 S. State Street
> Ste N-300
> Newtown, PA 18940
> medelson@edelson-law.com
> elechtzin@edelson-law.com
>
> *Counsel for Plaintiff*

I further certify that a copy of the foregoing documents was mailed via FedEx to the parties listed below:

- Angeion Group LLC, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

- Epiq Systems, Inc., 501 Kansas Avenue, Kansas City, KS 66105

Dated: May 13, 2025

*/s/ Sozi Pedro Tulante*
Sozi Pedro Tulante
DECHERT LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104
Phone: (215) 994-4000
sozi.tulante@dechert.com

*Attorney for JND Legal Administration*