# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER BAKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ANGEION GROUP LLC, EPIQ SYSTEMS, INC., and JND LEGAL ADMINISTRATION, <br><br> Defendants. | Case No. 2:25-cv-02079-KBH |

## CORPORATE DISCLOSURE STATEMENT

By and through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, Defendant JND Holdings LLC (dba JND Legal Administration) hereby certifies as follows:

(1) Defendant JND Holdings LLC (dba JND Legal Administration) is a Delaware Limited Liability Company with a principal place of business in Seattle, Washington. JND Holdings LLC is a private corporation owned by Sedgwick Claims Management Services, Inc.

(2) Publicly held corporations owning 10% or more of parent companies of Sedgwick Claims Management Services, Inc. include The Carlyle Group, a New York investment firm that is publicly traded on the New York Stock Exchange under the symbol CG; and/or Onex Corporation, which is publicly traded on the Toronto Stock Exchange under the symbol ONEX.

Dated: May 13, 2025

Respectfully submitted,

*/s/ Sozi Pedro Tulante*
Sozi Pedro Tulante
Clare Putnam Pozos
Craig J. Castiglia
DECHERT LLP
2929 Arch Street

Cira Centre
Philadelphia, PA 19104
Phone: (215) 994-4000
sozi.tulante@dechert.com
clare.pozos@dechert.com
craig.castiglia@dechert.com

Benjamin E. Rosenberg (*pro hac vice* application forthcoming)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY, 10036
Phone: (212) 698-3500
benjamin.rosenberg@dechert.com

*Counsel for JND Legal Administration*

# CERTIFICATE OF SERVICE

I, Sozi Tulante, hereby certify that, on May 13, 2025, I caused the foregoing Corporate Disclosure Statement to be filed via the Court's Case Management/Electronic Case Files (CM/ECF) system, and that the following participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system:

> Marc H. Edelson
> Eric Lechtzin
> EDELSON LECHTZIN LLP
> 411 S. State Street
> Ste N-300
> Newtown, PA 18940
> medelson@edelson-law.com
> elechtzin@edelson-law.com
>
> *Counsel for Plaintiff*

I further certify that a copy of the foregoing documents was mailed via FedEx to the parties listed below:

- Angeion Group LLC, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103
- Epiq Systems, Inc., 501 Kansas Avenue, Kansas City, KS 66105

Dated: May 13, 2025

> */s/ Sozi Pedro Tulante*
> Sozi Pedro Tulante
> DECHERT LLP
> 2929 Arch Street
> Cira Centre
> Philadelphia, PA 19104
> Phone: (215) 994-4000
> sozi.tulante@dechert.com
>
> *Attorney for JND Legal Administration*