# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEION GROUP LLC; EPIQ SYSTEMS, INC.; and, JND LEGAL ADMINISTRATION,<br><br>    Defendants. | Case No. 2:25-CV-02079-KBH |

## CORPORATE DISCLOSURE FORM OF DEFENDANT EPIQ SYSTEMS, INC.

By and through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, Defendant Epiq Systems, Inc. ("Epiq") hereby certifies as follows:

Epiq is a corporation formed under the laws of the state of Missouri with a principal place of business in Overland Park, Kansas. Epiq is a private corporation that is wholly owned by Document Technologies, LLC. No publicly traded corporation owns, directly or indirectly, 10% or more of the equity of Epiq.

                Respectfully submitted,

                **DLA PIPER LLP (US)**

Date: May 21, 2025       /s/ *Matthew A. Goldberg*
                Matthew A. Goldberg (PA Bar No. 87571)
                Nathan P. Heller (PA Bar No. 206338)
                Brett M. Feldman (PA Bar No. 322477)
                Rachel K. Mudra (PA Bar No. 330695)
                1650 Market St., Suite 5000
                Philadelphia, PA 19103
                (215) 656-3300
                (215) 606-3301 (facsimile)

                *Counsel for Defendant Epiq Systems, Inc.*

# CERTIFICATE OF SERVICE

I, Matthew A. Goldberg, hereby certify that on May 21, 2025, I caused true and correct copies of the foregoing Corporate Disclosure Form of Defendant Epiq Systems, Inc. to be filed via the Court's CM/ECF system, and that the following participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system:

Marc H. Edelson
Eric Lechtzin
**EDELSON LECHTZIN LLP**
411 S. State Street Ste N-300
Newtown, PA 18940
medelson@edelson-law.com
elechtzin@edelson-law.com

*Counsel for Plaintiff*


Sozi Pedro Tulante
Craig J. Castiglia
Clare Putnam Pozos
**DECHERT LLP**
2929 ARCH ST
Cira Centre
Philadelphia, PA 19104
sozi.tulante@dechert.com
craig.castiglia@dechert.com
clare.pozos@dechert.com

*Counsel for Defendant JND Legal Administration*


J. Gordon Cooney Jr.
Franco A. Corrado
Matthew D. Klayman
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com
matthew.klayman@morganlewis.com


*Counsel for Defendant Angeion Group LLC*

DATE: May 21, 2025  /s/ Matthew A. Goldberg  
Matthew A. Goldberg