# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER BAKER and LAUREN WOLF, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANGEION GROUP LLC, EPIQ SYSTEMS, INC., JND LEGAL ADMINISTRATION, TREMENDOUS LLC, BLACKHAWK NETWORK HOLDINGS, INC., DIGITAL SETTLEMENT TECHNOLOGIES LLC dba DIGITAL DISBURSEMENTS PAYMENTS, HUNTINGTON NATIONAL BANK, WESTERN ALLIANCE BANK, and DOES 1-20,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-02079-KBH |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, a member of this Court in good standing, hereby enters an appearance as counsel for Defendant JND Legal Administration in the above-captioned action.

Dated: June 24, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas J. Miller*
　　　　　　　　　　　　　　　　　　　　　Thomas J. Miller
　　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　　2929 Arch Street
　　　　　　　　　　　　　　　　　　　　　Cira Centre
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19104
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 994-4000
　　　　　　　　　　　　　　　　　　　　　thomas.miller@dechert.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for JND Legal Administration*

**CERTIFICATE OF SERVICE**

    I, Thomas J. Miller, hereby certify that, on June 24, 2025, I caused the foregoing Notice of Appearance to be filed via the Court's Case Management/Electronic Case Files (CM/ECF) system, and that all CM/ECF users will be served electronically by the CM/ECF system.

    I further certify that a copy of the foregoing document was mailed via First Class U.S. Mail to the parties listed below:

- Tremendous LLC, 1425 Darby Rd., Havertown PA 19083

- Blackhawk Network Holdings, Inc., c/o Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801

- Digital Settlement Technologies LLC, c/o United Agent Group Inc., 1521 Concord Pike, Suite 201, Wilmington, DE 19803

- Huntington National Bank, 41 South High Street, Columbus, Ohio 43287

- Western Alliance Bank, c/o United Agent Group Inc., 3260 N. Hayden Road #210, Scottsdale, AZ 85251

Dated: June 24, 2025

    */s/ Thomas J. Miller*
Thomas J. Miller
DECHERT LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104
Phone: (215) 994-4000
thomas.miller@dechert.com

*Attorney for JND Legal Administration*