UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER BAKER and LAUREN WOLF, individually and on behalf of all others similarly situated,<br><br>               *Plaintiffs,*<br><br>v.<br><br>ANGEION GROUP LLC, EPIQ SYSTEMS, INC., JND LEGAL ADMINISTRATION, TREMENDOUS LLC, BLACKHAWK NETWORK HOLDINGS, INC., DIGITAL SETTLEMENT TECHNOLOGIES LLC dba DIGITAL DISBURSEMENTS PAYMENTS, HUNTINGTON NATIONAL BANK, WESTERN ALLIANCE BANK, and DOES 1-20.<br><br>               *Defendants.* | Case No. 2:25-cv-02079-KBH |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on June, 13, 2025, Tyler Baker and Lauren Wolf ("Plaintiffs"), filed their First Amended Complaint ("FAC") against Defendants Angeion Group LLC ("Angeion"), Epiq Solutions, Inc. ("Epiq"), JND Legal Administration ("JND"), Tremendous LLC ("Tremendous"), Blackhawk Network Holdings, Inc. ("Blackhawk"), Digital Settlement Technologies LLC dba Digital Disbursements Payments ("Digital Disbursements"), The Huntington National Bank ("Huntington") and Western Alliance Bank ("Western") (Dkt. No. 27);

WHEREAS, on June 13, 2025, the Court entered an order granting a stipulation to extend the deadline for Angeion, Epiq, and JND to answer, move, or otherwise respond to the First Amended Complaint to August 11, 2025 (Dkt. No. 31);

WHEREAS, on July 15, 2025, the Court entered an order granting a stipulation to extend the deadline for Western Alliance and Digital Disbursements to answer, move, or otherwise respond to the First Amended Complaint to August 11, 2025 (Dkt. No. 35);

WHEREAS, the operative deadline for Huntington to answer, move to dismiss, or otherwise respond to the First Amended Complaint is July 21, 2025;

WHEREAS, the parties agree that a single response date for Defendants would promote judicial efficiency and economy;

WHEREAS, the parties agree that judicial economy and the interests of justice would be served by modifying Huntington's deadline to file an answer, move to dismiss, or otherwise respond to the First Amended Complaint to August 11, 2025;

WHEREAS, Plaintiffs and Huntington have conferred and also agree that judicial economy and the interests of justice would be served by setting deadlines for any opposition to any motion to dismiss to September 25, 2025 (i.e., forty-five days from the date of Huntington's response), and any replies thereto to October 16, 2025 (i.e., twenty-one days from the date of Plaintiffs' opposition);

NOW THEREFORE, it is hereby STIPULATED AND AGREED, that:

1. The deadline for Huntington to answer, move to dismiss, or otherwise respond to the First Amended Complaint is August 11, 2025.

2. The deadline for Plaintiffs to oppose any motion to dismiss, or other response by Huntington is September 25, 2025.

3. The deadline for any replies by Huntington to Plaintiffs' opposition is October 16, 2025.

       **IT IS SO ORDERED**

       /s/ Hon. Kelley B. Hodge

       _____
       Hon. Kelley B. Hodge
       United States District Judge

Dated:    July 17, 2025

Dated: July 17, 2025                    /s/ Shauna Itri

**SEEGER WEISS LLP**

Shauna Itri
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
(267) 973-4265
SItri@seegerweiss.com

Christopher A. Seeger
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(212) 584-0700
CSeeger@seegerweiss.com

**EDELSON LECHTZIN LLP**

Marc H. Edelson
Eric Lechtzin
411 S State Street, Suite N-300
Newtown, PA 18940
(215) 867-2399
MEdelson@edelson-law.com
ELechtzin@edelson-law.com

*Counsel for Plaintiffs*

/s/ Paul H. Saint-Antoine

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul H. Saint-Antoine (Pa. Id. 56224)
One Logan Square, Suite 2000
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Paul.Saint-Antoine@faegredrinker.com

**WINSTON & STRAWN LLP**

Amanda L. Groves (*pro hac vice* forthcoming)

3

333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
AGroves@winston.com

Jeffrey L. Kessler (*pro hac vice* forthcoming)
George E. Mastoris (*pro hac vice* forthcoming)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
JKessler@winston.com
GMastoris@winston.com

Lauren E. Duxstad (*pro hac vice* forthcoming)
200 S. Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: (305) 910-0500
Facsimile: (305) 910-0505
LDuxstad@winston.com

*Counsel for Defendant The Huntington National Bank*