IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER BAKER, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ANGEION GROUP, LLC, EPIQ SYSTEMS, INC., and JND ADMINISTRATION,<br>Defendants. | CIVIL ACTION<br><br>NO. 25-2079 |

**O R D E R**

**AND NOW**, this 27th day of August, 2025, upon consideration of the Motions for *Pro Hac Vice* admission of David J. Lender, Esquire (ECF 53) and Greg Silbert (ECF 54), the filing fees having been paid, **IT IS ORDERED** that the David J. Lender, Esquire (ECF 53) and Greg Silbert (ECF 54) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.